# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NEW YORK

_____

UNITED STATES OF AMERICA,

                Plaintiff

                                      DECISION and ORDER

-vs-

                                        10-CR-6096

LANCE PLAZA PIERCE,

                Defendant

_____

This case was referred by order of the undersigned, entered March 3, 2011, ECF No. 75 to Magistrate Judge Jonathan W. Feldman, pursuant to 28 U.S.C. § 636(b)(1)(A)-(B). On November 3, 2011, Defendant filed an omnibus motion, ECF No. 165, seeking *inter alia* suppression of statements made to law enforcement at the time of his arrest. On January 4, 2012, Magistrate Judge Feldman issued from the bench an oral Report and Recommendation ("R&R"), memorialized in an order entered on January 18, 2012, ECF No. 186, recommending that the Court deny Defendant's motion to suppress. The time has passed for Defendant to file any objections to the R&R, and none have been filed.

Accordingly, for the reasons set forth in Magistrate Judge Feldman's R&R, Defendant's oral application to suppress statements is denied.

IT IS SO ORDERED.

Dated: Rochester, New York
       February 21, 2012

                    ENTER:

                                    */s/ Charles J. Siragusa*
                                    CHARLES J. SIRAGUSA
                                    United States District Judge